Job #: 1456839

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

Attorney: DLA Piper US LLP - New York, NY
Address: 1251 Avenue Of The Americas New York, NY 10020

| | |
|---|---|
| IMC LENDING, LLC, | **Civil Action #**: 1:22-cv-00408-AMD-VMS |
| _Plaintiff_ | **Client's File No.:** |
| **vs** | **Court Date:** |
| 1301 AVE J LLC, et al., | |
| _Defendant_ | **Date Filed:** 01/24/2022 |

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:                    **AFFIDAVIT OF SERVICE**

**Vincent J. Mannetta**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **2/1/2022**, at **8:02 AM** at: **2184 OCEAN PARKWAY, BROOKLYN, NY 11223** Deponent served the within Summons in a Civil Action, Complaint with Exhibits, Notice of Pendency of Action with Schedule A and Exhibits, Civil Cover Sheet. Certification of Arbitration Eligibility, Disclosure Statement - Federal Rules Civil Procedure 7.1, Related Case Statement and NY-E Division of Business Rule 5011(d)(2).
**On: ISAAC ZAFARANI**,  therein named.

Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendant's
[] actual place of business / employment  [X] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☐ **#2 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☒ **#3 OTHER**
I attempted service on 01/26/22 @ 3:35 p.m., on 01/27/22 @ 6:55 p.m., on 02/01/22 @ 8:02 a.m.  No answer on all attempts.  DOCUMENTS POSTED on front exterior brown wood door.  There are slate steps leading up to the door and the building consists of  red bricks.  A search was performed and the location shows current.  I was unable to verify military status.

☒ **#6 MAILING**
**Vincent J. Mannetta** being duly sworn, deposes and says:  that deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by first class mail on:  **02/02/2022** to **ISAAC ZAFARANI** at **2184 OCEAN PARKWAY, BROOKLYN, NY 11223** in an official depository of the United States Postal Service in the State of New York. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.
:

Sworn to before me on 02/02/2022

Adriana Bartolotta
Notary Public, State of New York
Registration No. 01BA6377720
Qualified in Nassau County
Commission Expires 07/16/2022

Vincent J. Mannetta
DCA License # 2067589

_Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542_