UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IMC LENDING, LLC,

Plaintiff,

-against-

1301 AVE J LLC, JOSEPH ZAFARANI, CHARLES ZAFARANI, ISAAC ZAFARANI, SHEVY'S CUSTOM WIGS, INC., AVE J Q WORKS, LLC, BAYA BAR AVENUE J LLC, SCHWEIGER DERMATOLOGY, PLLC, SUSHI TA'EEM CORP., NESHAMA DAYCARE, INC., BROOKLYN EYE SURGERY CENTER, LLC, KOCHMAN LEBOWITZ AND MOGIL, MDS, LLP, BHY CONTRACTOR, INC., ORBA ELECTRIC, INC., NEW YORK CITY DEPARTMENT OF FINANCE, NEW YORK CITY WATER BOARD, and JOHN DOES 1-10, the names of the "John Doe" defendants being fictitious and unknown to Plaintiff, the persons and firms intended being those who may be in possession of, or may have possessory, lien or other interests in, the premises herein described,

Defendants.

Civil Action No. 22-cv-0408-FB-TAM

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff IMC Lending, LLC and its counsel hereby give notice that the above-captioned action is voluntarily dismissed with prejudice.

Dated: New York, New York
March 31, 2022

DLA PIPER LLP (US)

By:/s/ Neal Kronley
Neal Kronley
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4584
Neal.Kronley@us.dlapiper.com

*Attorneys for Plaintiff*